

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ABATEMENT ORDER

Appellate case name:  Harris County, Texas v. Park at Westcreek, LP

Appellate case number:  01-18-00343-CV

Trial court case number:  2016-32867

Trial court:  80th District Court of Harris County

The reporter's record in this accelerated appeal was due **May 24, 2018**. *See* Tex. R. App. P. 35.1. The record was not filed. On May 29, 2018, this court ordered the court reporter to file the record within 15 days. The record was not filed with the court.

In June, this court issued an order, abating the appeal for a hearing in the trial court to determine why the reporter's record had not been filed. The court was informed that the court reporter responsible for the record in this case is recovering from a major surgery and has been unable to resume work.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered and in light of the court reporter's inability to complete the record at this time, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. We direct the court reporter, or her representative, to file a letter on the first of every month following this order to keep this court updated regarding her ability to resume work. The reporter's record shall be filed with the clerk of this court **within 30 days** of the court reporter's ability to resume work.

The appeal will be reinstated on this court's active docket when the court reporter informs this court she has resumed work. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. If the court reporter fails to keep this court informed regarding her return to work, this appeal will be reinstated and the record set due.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

        ☑ Acting individually    ☐ Acting for the Court

Date:  October 11, 2018